DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**EDNA KOSE-MALDONADO,**
Appellant,

v.

**DMR OCEANSIDE, INC.** and **PARADISE JULIE TERRACE, LLC,**
Appellees.

No. 4D2025-0362

[May 14, 2026]

Appeal from the Circuit Court for the Seventeenth Judicial Circuit, Broward County; Michael A. Robinson, Judge; L.T. Case No. 062023CA013624AXXXCE.

Edna Kose-Maldonado, Hollywood, pro se.

Wyatt Cody Weisenberg, Evan Todd Marowitz, Michael A. Rosenberg, and Amanda Heather Wasserman of Cole, Scott & Kissane, P.A., Plantation, for appellee DMR Oceanside, Inc.

Joel Richard Wolpe, George Louis Fernandez, Thomas Anthony Valdez, and Megan Gisclar Colter of Quintairos, Prieto, Wood & Boyer, P.A., Tampa, for appellee Paradise Julie Terrace, LLC.

PER CURIAM.

*Affirmed.*

MAY, GROSS and KLINGENSMITH, JJ., concur.

\* \* \*

***Not final until disposition of timely-filed motion for rehearing.***